# United States Court of Appeals
## For the First Circuit

No. 17-1445

UNITED STATES,

Appellee,

v.

DANIEL E. SAAD,

Defendant, Appellant,

**ERRATA SHEET**

The opinion of this Court, issued on April 30, 2018, is amended as follows:

On page 5, lines 7-8: "Bureau of Alcohol, Firearms, Tobacco, and Explosives" is replaced with "Bureau of Alcohol, Tobacco, Firearms, and Explosives".